[NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT

 

No. 96-1569

 JEREMIAH J. CONNORS,

 Plaintiff, Appellant,

 v.

 CITY OF BOSTON, TRANSPORTATION
 DEPARTMENT, ET AL.,

 Defendants, Appellees.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF MASSACHUSETTS

 [Hon. Robert B. Collings, U.S. Magistrate Judge] 

 

 Before

 Cyr, Circuit Judge, 

 Aldrich and Campbell, Senior Circuit Judges. 

 

John A. Hanrahan for appellant. 
Amy Spector, Assistant Attorney General, with whom Scott 
Harshbarger, Attorney General of Massachusetts, Office of the Attorney 
General, was on brief for appellee, Personnel Administrator of the
Department of Personnel Administration. 
Elizabeth R. O'Donnell, Assistant Corporation Counsel, with whom 
Merita A. Hopkins, Corporation Counsel, and Kevin S. McDermott, 
Assistant Corporation Counsel, City of Boston Law Department, were on
brief for appellee, City of Boston, Transportation Department.

 

 December 13, 1996
 

 Per Curiam. After consideration of the briefs, 

arguments and record, we affirm the judgment of the district

court for substantially the same reasons set out in the

memorandum and order of the magistrate judge.1

 Like the magistrate judge, we can find no property

interest in the state position plaintiff held that is

sufficient to support a federal due process claim. We also

agree that the Eleventh Amendment prevents plaintiff, in the

circumstances, from suing a state administrative official in

a federal forum over the question of an alleged violation of

the state civil service law. Whether and to what extent a

state forum is or would have been available to plaintiff to

litigate any of his claims concerning state civil service

practices is a matter outside our jurisdiction to consider.

  

1. Pursuant to 28 U.S.C. 636(c) the instant case was
referred and reassigned in the district court, with the
parties' consent, to the magistrate judge for all purposes,
including trial and the entry of judgment.

 -2-